1 | NEIL A. SMITH (No. 63777)
    SHEPPARD MULLIN RICHTER & HAMPTON
2 | LLP
    Four Embarcadero Center
3 | 17th Floor
    San Francisco, CA 94111
4 | Telephone: 415/434-9100
    Facsimile: 415/403-6084
5 |
6 | SPIRO BEREVESKOS
    WOODARD, EMHARDT, MORIARTY,
7 |     McNETT & HENRY LLP
    111 Monument Circle, Suite 3700
8 | Indianapolis, IN 46204-5137
    Telephone:  317/634-3456
9 | Facsimile:   317/637-7561
10 | Attorneys for Defendants
     SPEEDSTER MOTORCARS OF CENTRAL
11 | FLORIDA, INC., and K. MICHAEL AKINS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MATTHEW OSPECK, an individual and resident of California,<br><br>Plaintiff,<br><br>v.<br><br>SPEEDSTER MOTORCARS OF CENTRAL FLORIDA, INC., a Florida corporation,<br><br>Defendant. | No. C-04-1826 JSW<br><br>APPLICATION AND ORDER FOR SPIRO BEREVESKOS TO APPEAR *PRO HAC VICE* |

1   Applicant Spiro Bereveskos of the law firm Woodard, Emhardt, Moriarty, McNett &
2   Henry LLP, counsel for Defendant Speedster Motorcars of Central Florida, Inc. moves,
3   pursuant to Civil L.R. 11-3, to practice in the Northern District of California on a *Pro Hac*
4   *Vice* basis representing Speedster Motorcars of Central Florida, Inc. in the above-titled
5   action.
6   In support of this application, I certify on oath that:
7   I have been an active member in good standing of the Indiana Supreme Court and the
8   U.S. District Court, for the Southern District of Indiana since 1981; the U.S. Court of
9   Appeals, Federal Circuit since 1983; and the U.S. Supreme Court since 1985.
10  I am registered to practice before the United States Patent and Trademark Office.
11  I agree to abide by the Standards of Professional Conduct set forth in Civil L.R. 11-4 of
12  the Northern District of California to comply with General Order 45 re Electronic Case
13  Filing, and to become familiar with the Local Rules and Alternative Dispute Resolution
14  Programs of this Court.
15  The following attorney, who is a member of the bar of this Court in good standing and
16  who maintains an office within the State of California, is designated as co-counsel in the
17  above-captioned action. The name, address and telephone number of that attorney is:

   Neil A. Smith (State Bar No. 63777)
   SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
   Four Embarcadero Center, 17th Floor
   San Francisco, CA 94111
   Telephone (415) 434-9100

1  Dated: *August 29*, 2005

3                                    Respectfully submitted,

5                                    By: _____
                                          Spiro Bereveskos

7  SPIRO BEREVESKOS
   WOODARD, EMHARDT, MORIARTY,
   McNETT & HENRY LLP
8  111 Monument Circle, Suite 3700
   Indianapolis, IN 46204-5137
9  Telephone:  317/634-3456
   Facsimile:  317/637-7561

11 Attorney for Defendants
   SPEEDSTER MOTORCARS OF CENTRAL
   FLORIDA, INC., and K. MICHAEL AKINS

14                              ORDER

15     IT IS HEREBY ORDERED that the above attorney is admitted to this Court *Pro Hac*

16 *Vice* for the purposes of this action.

18 Dated: SEP 2 2 2005 , 2005

20                                    _____
                                      The Honorable Jeffrey S. White
21                                    U.S.D.C., Northern District of California

#360738