1  NEIL A. SMITH (NO. 63777)
   SHEPPARD MULLIN RICHTER & HAMPTON LLP
2  Four Embarcadero Center, 17th Floor
   San Francisco, CA 94111
3  Tel. (415) 434-9100
   Fax (415) 403-6084
4

5  SPIRO BEREVESKOS
   WOODARD, EMHARDT, MORIARTY,
6   MCNETT & HENRY LLP
   111 Monument Circle, Suite 3700
7  Indianapolis, IN 46204
   Tel. (317) 634-3456
8  Fax (317) 637-7561

9

10 Attorneys for Defendant
   SPEEDSTER MOTORCARS OF
11 CENTRAL FLORIDA, INC.,
   TODD BONTRAGER,
12 TIM DURHAM, and
   OBSIDIAN ENTERPRISES, INC.
13

14            UNITED STATES DISTRICT COURT

15           NORTHERN DISTRICT OF CALIFORNIA

16              SAN FRANCISCO DIVISION

17 MATTHEW OSPECK, an individual and        No. C-04-1826 JSW
   resident of California,
18                                          **APPLICATION AND ORDER FOR**
              Plaintiff,                     **LISA HIDAY TO APPEAR**
19                                          ***PRO HAC VICE***
          v.
20
   SPEEDSTER MOTORCARS OF CENTRAL
21 FLORIDA, INC., a Florida Corporation; TODD
   BONTRAGER, an Individual and resident of
22 Florida; TIM DURHAM, an Individual and
   resident of Indiana; and OBSIDIAN
23 ENTERPRISES, INC., a Delaware Corporation,

24            Defendant.

25

26

27

28

1  Applicant Lisa Hiday of the law firm Woodard, Emhardt, Moriarty, McNett & Henry
2  LLP, counsel for Defendant Speedster Motorcars of Central Florida, Inc. moves, pursuant to
3  Civil L.R. 11-3, to practice in the Northern District of California on a *Pro Hac Vice* basis
4  representing Speedster Motorcars of Central Florida, Inc. in the above-titled action.
   In support of this application, I certify on oath that:
5  I have been an active member in good standing of the Indiana Supreme Court and the
6  U.S. District Court, for the Southern District of Indiana since 1995. I am registered to practice
7  before the United States Patent and Trademark Office.
8  I agree to abide by the Standards of Professional Conduct set forth in Civil L.R. 11-4 of
   the Northern District of California to comply with General Order 45 Re Electronic Case Filing,
9  and to become familiar with the Local Rules and Alternative Dispute Resolution Programs of
10 this Court.
11 The following attorney, who is a member of the bar of this Court in good standing and
12 who maintains an office within the State of California, is designated as co-counsel in the above-
   captioned action. The name, address and telephone number of that attorney is:
13
14 Neil A. Smith (State Bar No. 63777)
   SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
15 Four Embarcadero Center, 17th Floor
   San Francisco, CA 94111
16 Telephone (415) 434-9100
17
18 DATED: *September 1, 2005*
19                                    Respectfully,
20
21                                    By: _____
22                                                      LISA HIDAY
23                                    LISA HIDAY
                                      WOODARD, EMHARDT, MORIARTY,
24                                    McNETT & HENRY LLP
                                      111 Monument Circle, Suite 3700
25                                    Indianapolis, IN 46204-5137
                                      Telephone: 317/634-3456
26                                    Facsimile: 317/637-7561
                                      LHiday@USPatent.com
27
                                      Attorney for all Defendants
28

## ORDER

IT IS HEREBY ORDERED that the above attorney is admitted to this Court *Pro Hac Vice* for the purposes of this action.

Dated: _____SEP 2 2 _____, 2005

_Jeffry S. White_
The Honorable Jeffrey S. White
U.S.D.C., Northern District of California