1  SHEPPARD MULLIN RICHTER & HAMPTON LLP
      A Limited Liability Partnership
2     Including Professional Corporations
   NEIL A. SMITH, Cal. Bar No. 63777
3  Four Embarcadero Center, 17th Floor
   San Francisco, California 94111-4106
4  Telephone:   415-434-9100
   Facsimile:    415-434-3947
5

6  WOODWARD, EMHARDT, MORIARTY,
     MCNETT & HENRY LLP
7  SPIRO BEREVESKOS
   LISA A. HIDAY
8  111 Monument Circle, Suite 3700
   Indianapolis, IN 46204
9  Telephone:   317-634-3456
   Facsimile:    317-637-7561
10
   Attorneys for Defendants
11 SPEEDSTER MOTORCARS OF
   CENTRAL FLORIDA, INC.,
12 TODD BONTRAGER,
   TIM DURHAM, and
13 OBSIDIAN ENTERPRISES, INC.

14
                    UNITED STATES DISTRICT COURT
15
        NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION
16

17
   MATTHEW OSPECK, an individual and        Case No. C-04-1826 JSW
18 resident of California,,
                                            The Hon. Jeffrey S. White
19              Plaintiff,
                                            Date:    November 18, 2005
20       v.                                 Time:    1:30 p.m.
                                            Place:   450 Golden Gate Avenue
21 SPEEDSTER MOTORCARS OF                            17th Floor, Courtroom 2
   CENTRAL FLORIDA, INC., a Florida                  San Francisco CA 94102
22 Corporation; TODD BONTRAGER, an
   Individual and resident of Florida; TIM  **(PROPOSED)** ORDER ON
23 DURHAM, an individual and resident of    DEFENDANTS' REQUEST TO
   Indiana; and OBSIDIAN ENTERPRISES,       PARTICIPATE IN CASE
24 INC., a Delaware Corporation,            MANAGEMENT CONFERENCE BY
                                            TELEPHONE
25              Defendant.

26

27

28
   W02-SF:5WR\61475530.1
   Case No. C-04-1826 JSW                              (PRPOSED) ORDER ON DEFENDANTS'
                                                       REQUEST TO PARTICIPATE IN CMC BY
                                                                             TELEPHONE

Comes now counsel for Speedster Motorcars of Central Florida, Inc., Todd Bontrager, Tim Durham and Obsidian Enterprises, Inc., Defendants, and respectfully requests permission to participate in the currently scheduled initial Case Management Conference via telephone. Said request is being filed and served at least five (5) days before the conference in accordance with L.R. 16-10.

Lead counsel for Defendants is in Indiana and unable to appear on the scheduled date. Mr. Spiro Bereveskos will be available at his office phone number in Indianapolis, Indiana (317) 634-3456. Local counsel, Neil Smith expects to appear at the Case Management Conference.

Dated: November 16, 2005                                        Respectfully,

                                                                By:/S/_____
                                                                SPIRO BEREVESKOS (Pro Hac Vice)
                                                                LISA A. HIDAY (Pro Hac Vice)
                                                                WOODWARD, EMHARDT, MORIARTY,
                                                                    MCNETT & HENRY LLP

                                                                NEIL A. SMITH
                                                                SHEPPARD MULLIN RICHTER &
                                                                HAMPTON LLP

                                                                Attorneys for Defendants
                                                                SPEEDSTER MOTORCARS OF
                                                                CENTRAL FLORIDA, INC., TODD
                                                                BONTRAGER, TIM DURHAM and
                                                                OBSIDIAN ENTERPRISES, INC.

IT IS SO ORDERED:

Dated: November 17, 2005                                        _____
                                                                JEFFREY S. WHITE
                                                                JUDGE, THE UNITED STATES DISTRICT COURT
                                                                NORTHERN DISTRICT OF CALIFORNIA