**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MATTHEW OSPECK, | No. C 04-01826 JSW |
| Plaintiff, | |
| v. | **ORDER (1) GRANTING PLAINTIFF'S REQUEST TO CONTINUE DEFENDANT OBSIDIAN ENTERPRISES, INC.'S MOTION FOR SUMMARY JUDGMENT AND (2) RESERVING ON DEFENDANT OBSIDIAN ENTERPRISES, INC.'S MOTION FOR SANCTIONS** |
| SPEEDSTER MOTORCARS OF CENTRAL CALIFORNIA, INC., et al., | |
| Defendants. | |

In his opposition to the motion of defendant Obsidian Enterprises, Inc. ("Obsidian") for summary judgment, plaintiff Matthew Ospeck ("Ospeck") requests a continuance pursuant to Federal Rule of Civil Procedure 56(f). The Court GRANTS Ospeck's request for a continuance to provide him with an opportunity to conduct further discovery. Ospeck may file a supplemental opposition to Obsidian's motion by no later than April 14, 2006. Obsidian may file a supplemental reply by no later than April 28, 2006. The Court RESERVES RULING on Obsidian's motion for sanctions. The hearing on Obsidian's motions currently scheduled for January 20, 2006 is HEREBY VACATED and CONTINUED to May 19, 2006 at 9:00 a.m.

**IT IS SO ORDERED.**

Dated: January 18, 2006

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE