|   |   |
|---|---|
| 1 | GREEN LANTERN PARTNERS, LTD. |
|   | STEVEN J. MULLIGAN (196305) |
| 2 | 9000 Crow Canyon Road, Suite S-210 |
|   | Danville, CA 94506 |
| 3 | Telephone: (949) 351-7414 |
|   | Facsimile: (925) 886-2523 |
| 4 |   |
| 5 | Attorneys for Plaintiff |
|   | MATTHEW OSPECK |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| MATTHEW OSPECK, an individual and resident of California, | Honorable Jeffrey S. White |
|---|---|
| Plaintiff, | Case No. C-04-1826-JSW |
| v. |   |
| SPEEDSTER MOTORCARS OF CENTRAL FLORIDA, INC., a Florida corporation; TODD BONTRAGER, an individual and resident of Florida; TIM DURHAM, an individual and resident of Indiana; and OBSIDIAN ENTERPRISES, INC., a Delaware Corporations. |   |
| Defendants. |   |

**[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION TO FILE UNDER SEAL CERTAIN EXHIBITS IN SUPPORT OF ITS DISCOVERY REQUEST TO SUPPORT ITS RULE 56(f) MOTION TO ADEQUATELY RESPOND TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT TO DISMISS OBSIDIAN ENTERPRISE INC. AND MOTION FOR SANCTIONS**

IT IS HEREBY ORDERED THAT:

Plaintiff's motion to file under seal certain documents listed below in support of its Rule 56(f) motion requesting discovery to adequately respond to Defendants' Motion for Summary

GREEN LANTERN PARTNERS LTD

[Proposed] Order Granting Plaintiff's Motion to File Under Seal Certain documents in Support of its Rule 56(f) Discovery Request

Judgment to Dismiss Obsidian Enterprise Inc. and its Motion for Sanctions is granted. The documents that may be filed under seal are:

Exh. D, Speedster Motorcars Document Production (hereinafter referred to as "SMDP") 82, Speedster Motorcars of Central Florida, Inc. Subscription Agreement;

Exh. E, SM DP 116, Amended Revolving Credit Note agreed to between DC Investments LLC and Speedster Motorcars of Central Florida, Inc.;

Exh. F, SM DP 191, Speedster Motorcars of Central Florida Inc. Subscription Agreement subscribing stock to DC Investments LLC;

Exh. G, SM DP 193, Stock Purchase Agreement;

Exh. I, SM DP 261, Email from Jeff Osler to Todd Bontrager;

Exh. J, SM DP 265, Speedster Report dated February 19, 1994, from Todd Bontrager;

Exh. K, SM DP 289; Speedster Report dated May 25, 2004, from Todd Bontrager;

Exh. L, SM DP 294, Speedster Report dated July 9, 2004, from Todd Bontrager; and

Exh. M, SM DP 259, Email from Adam Dowe to Tim Durham, Terry Whitesell and Jeff Osler.

Dated: January 19, 2006

*Jeffrey S. White*
Jeffrey S. White
Judge, U.S. District Court, Northern District of California

GREEN LANTERN PARTNERS LTD

[Proposed] Order Granting Plaintiff's Motion to File Under Seal Certain documents in Support of its Rule 56(f) Discovery Request

2.