NEIL A. SMITH (NO. 63777)
SHEPPARD MULLIN RICHTER
 & HAMPTON LLP
Four Embarcadero Center, 17th Floor
San Francisco, CA 94111
Tel. (415) 434-9100
Fax (415) 403-6084

SPIRO BEREVESKOS
LISA A. HIDAY
WOODARD, EMHARDT, MORIARTY,
 MCNETT & HENRY LLP
111 Monument Circle, Suite 3700
Indianapolis, IN 46204
Tel. (317) 634-3456
Fax (317) 637-7561

Attorneys for Defendants
SPEEDSTER MOTORCARS OF
CENTRAL FLORIDA, INC.,
TODD BONTRAGER,
TIM DURHAM, and
OBSIDIAN ENTERPRISES, INC.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| MATTHEW OSPECK, an individual and resident of California,<br><br>               Plaintiff,<br><br>   v.<br><br>SPEEDSTER MOTORCARS OF CENTRAL FLORIDA, INC., a Florida Corporation; TODD BONTRAGER, an Individual and resident of Florida; TIM DURHAM, an individual and resident of Indiana; and OBSIDIAN ENTERPRISES, INC., a Delaware Corporation,<br><br>               Defendants. | No. C-04-1826 JSW<br><br>**[PROPOSED] ORDER GRANTING OBSIDIAN ENTERPRISES, INC.'S MOTION TO FILE ERRATA** |

[Proposed] Order Granting Motion to File Errata
-1-

1  Counsel for Defendant, Obsidian Enterprises, Inc., respectfully moved for leave to file
2  Errata regarding Docket Entry No. 62, and the Court after due consideration, hereby grants this
3  motion.

**IT IS HEREBY ORDERED THAT:** Errata substitute page 4 and Exhibit 2 be entered into Docket Entry No. 62.

.

Dated: __February 27, 2006__  _____
Jeffrey S. White
Judge, U.S. District Court
Northern District of California

W02-SF:5NAS1\61482814.1

[Proposed] Order Granting Motion to File Errata
-2-