**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MATTHEW OSPECK, | No. C 04-01826 JSW |
| Plaintiff, | |
| v. | **ORDER REFERRING CASE TO MAGISTRATE JUDGE FOR SETTLEMENT CONFERENCE** |
| SPEEDSTER MOTORCARS OF CENTRAL CALIFORNIA, INC., et al., | |
| Defendants. | |

Pursuant to Civil Local Rule 72-1 and ADR Local Rule 7-2 this matter is referred to a randomly-assigned magistrate judge to conduct a settlement conference. The settlement conference shall be conducted within ninety days, if possible.

The parties will be advised of the date, time and place of appearance by notice from the assigned magistrate judge.

**IT IS SO ORDERED.**

Dated: February 27, 2006

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE