**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MATTHEW OSPECK, | |
| Plaintiff, | No. C 04-01826 JSW |
| v. | |
| SPEEDSTER MOTORCARS OF CENTRAL FLORIDA, INC., et al. | **ORDER REQUIRING JOINT STATUS REPORT** |
| Defendants. | |

On April 12, 2006, a settlement conference was held in this case and the matter was settled. Accordingly, the parties are HEREBY ORDERED to submit a joint status report by May 5, 2006, advising the Court as to when they expect the settlement to be finalized and the case dismissed.

**IT IS SO ORDERED.**

Dated: April 27, 2006

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE