**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MATTHEW OSPECK,<br><br>    Plaintiff,<br><br>  v.<br><br>SPEEDSTER MOTORCARS OF CENTRAL FLORIDA, INC., et al.<br><br>    Defendants. | No. C 04-01826 JSW<br><br>**ORDER REQUIRING JOINT STATUS REPORT** |

On April 12, 2006, a settlement conference was held in this case and the matter was settled. On August 1, 2006, the parties submitted a joint status report that stated a fully-executed settlement agreement was expected in early August. The Court has yet to receive a dismissal. Accordingly, the Court HEREBY ORDERS the parties to submit a further joint status report advising the Court as to when they expect the settlement to be finalized and the case dismissed.

**IT IS SO ORDERED.**

Dated: August 21, 2006

_____
JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE